**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Network Automation, Inc.,
Plaintiff,
v.
Hewlett-Packard Company, Inc.,
Defendant.

Case No. **CV 08-4675-JFW (RZx)**

**JUDGMENT**

The Court, having granted the Defendant's motion for summary judgment on Plaintiff’s First Claim for Relief and Defendant’s Counterclaim related to Plaintiff’s First Claim for Relief based on its determination that there was no genuine issue as to any material fact and that Defendant was entitled to judgment as a matter of law on Plaintiff’s First Claim for Relief and Defendant’s Counterclaim related to Plaintiff’s First Claim for Relief ,

The Court, having dismissed Plaintiff’s Second, Third, Fourth, and Fifth Claims for Relief and the remainder of Defendant’s Counterclaim on the grounds that the Court declines to exercise supplemental jurisdiction over those state law claims pursuant to 28 U.S.C. § 1367(c)(3),

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Network Automation, Inc., shall recover nothing from the named Defendant on its First Claim for Relief;

2. Defendant Hewlett-Packard Company, Inc., shall have judgment in its favor on Plaintiff's First Claim for Relief and Defendant's Counterclaim related to Plaintiff's First Claim for Relief; and

3. Defendant shall recover from Plaintiff its costs of suit in the sum of $________.

The Clerk is ordered to enter this Judgment.

Dated: September 14, 2009

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE